# EXHIBIT A

## MICHAEL SIMPSON

| Copyright Owner | Artist | Recording Title | Album Title | SR# |
|---|---|---|---|---|
| Warner Bros. Records Inc. | Madonna | Express Yourself | Like a Prayer | 106-808 |
| Warner Bros. Records Inc. | Madonna | Into the Groove | Like a Virgin | 59-442 |
| Virgin Records America, Inc. | Paula Abdul | Cold Hearted | Forever Your Girl | 93-688 |
| UMG Recordings, Inc. | Blink-182 | Josie | Dude Ranch | 243-969 |
| UMG Recordings, Inc. | Shania Twain | Man! I Feel Like A Woman | Come On Over | 243-502 |
| SONY BMG MUSIC ENTERTAINMENT | Mariah Carey | Open Arms | Daydream | 215-243 |
| Arista Records LLC | Pink | You Make Me Sick | Can't Take Me Home | 279-958 |
| Arista Records LLC | Whitney Houston | I Wanna Dance With Somebody | Whitney | 89-966 |
| Maverick Recording Company | Michelle Branch | Goodbye to You | The Spirit Room | 303-732 |
| Capitol Records, Inc. | Beastie Boys | Sure Shot | Ill Communication | 213-461 |