Simpson, Michael-UserLog(Compressed)-86914491.txt
Log for User at address 68.14.27.184:6348 generated on 8/30/2005 1:52:28 AM EDT (-0400 GMT)
Total Files: 447
------------------------------
Total Audio Files: 424
Total Video Files: 4
Total Software Files: 0
Total Document Files: 1
------------------------------
Total Matched Files: 13
Total Distinct Matches: 11

FileName: Eminem, Mase, Lil Jon, Fat Joe - Lean Back (Dirty Remix)(1).mp3 (4,581,392 bytes)
FileName: Maroon 5 - She Will Be Loved.mp3 (6,202,599 bytes)
FileName: Usher - My Boo Part 2 (Feat. Alicia Keys)(1)(1).mp3 (5,071,819 bytes)
FileName: (-) Lost - Season 2 trailer.wmv (1,909,816 bytes)
FileName: (06) Avril Lavigne - My happy ending(1).mp3 (5,820,767 bytes)
FileName: (Moulin Rouge OST) 10 - Elephant Love Song Medley.mp3 (6,083,775 bytes)
FileName: ..Black Eyed Peas - Hey Mama (remix).mp3 (5,833,917 bytes)
FileName: 01 Invisible.wma (1,975,923 bytes)
FileName: 01-beyonce-naughty_girl_(remix_feat_lil_flip)-sc.mp3 (4,942,090 bytes)
FileName: 01-jojo_feat_bow_wow-baby_its_you_(remix)-xxl(1).mp3 (5,370,037 bytes)
FileName: 03 The Way.wma (1,996,963 bytes)
FileName: 04 - Joss Stone - Spoiled.mp3 (5,843,072 bytes)
FileName: 05 - Black Eyed Peas - My Humps.mp3 (8,754,064 bytes)
FileName: 05-mariah_carey-say_somethin_(feat_snoop_dogg).mp3 (6,162,601 bytes)
FileName: 09 Anthony Federov - Everytime You Go Away.mp3 (3,739,566 bytes)
FileName: 09-Mariah Carey - The Emancipation Of Mimi - 09 - Circles.mp3 (4,623,381 bytes)
FileName: 10-black_eyed_peas-they_dont_want_music_(feat_james_brown).mp3 (10,643,415 bytes)
FileName: 10-mariah_carey-your_girl.mp3 (4,110,532 bytes)
FileName: 11 A Moment Like This [New Mix][_].m4a (3,723,128 bytes)
FileName: 11 Swallowed in the Sea.mp3 (7,641,390 bytes)
FileName: 11-mariah_carey-i_wish_you_knew.mp3 (5,012,314 bytes)
FileName: 12-mariah_carey-to_the_floor_(feat_nelly).mp3 (5,474,933 bytes)
FileName: 17 - Don't Cry For Me Argentina (Dance Remix).mp3 (4,339,756 bytes)
FileName: 3 Doors Down - Here Without You.mp3 (5,727,354 bytes)
FileName: 3 Doors Down - Kryptonite (acoustic).mp3 (3,721,202 bytes)
FileName: 3 Doors Down - Kryptonite(Superman) .mp3 (3,815,666 bytes)
FileName: 3 doors down - when im gone.mp3 (6,133,177 bytes)
FileName: 4 Non Blondes - Whats Up-Dance Mix.mp3 (5,013,172 bytes)
FileName: 50 Cent - In Da Club(1).mp3 (5,292,032 bytes)
FileName: 50Cent_CandyShop.mp3 (5,059,232 bytes)
FileName: 50_Cent_-_Disco_Inferno_(Dirty)(1)(1).mp3 (5,064,874 bytes)
FileName: 80's Dance Disco MegaMix - Retro Disco Mix 80s (1).mp3 (9,237,352 bytes)
FileName: 80's Music--Pretty Woman Soundtrack-Roxette - It Must Have Been Love.mp3 (4,153,722 bytes)
FileName: 80's Remix whitney houston - I Wanna Dance With Somebody (Hot Tracks Mix).mp3 (7,139,131 bytes)
FileName: 80's Remixes - Don't You Want Me (12 inch Dance Mix) (Human League).mp3 (6,901,260 bytes)
FileName: A Cinderella Story Soundtrack- Kelly Clarkson - To Make you Feel my Love (Demo).mp3 (3,968,566 bytes)
FileName: ACDC - Highway To Hell.mp3 (3,332,891 bytes)
FileName: ACDC - You Shook Me All Night Long.mp3 (6,733,698 bytes)
FileName: Aerosmith - Armageddon - I Dont Want to Miss a Thing.mp3 (4,784,256 bytes)
FileName: AI4 - Anthony Federov - I Surrender.mp3 (2,038,181 bytes)
FileName: Akon - Mr Lonely (Redz Remix).mp3 (6,865,991 bytes)
FileName: Akon-Mr. Lonely.mp3 (5,716,890 bytes)
FileName: Alicia Keyes- karma.mp3 (6,148,055 bytes)

FileName: All_Or_Nothing[1].mp3 (4,469,885 bytes)
FileName: American Idol Season 4 - The Showstoppers - 01 -Carrie Underwood - Idependence Day.mp3 (4,862,999 bytes)
FileName: American Idol Season 4 - The Showstoppers - 03 - Vonzell Solomon - Best Of My Love.mp3 (3,381,333 bytes)
FileName: American Idol Season 4 - The Showstoppers - 05 - Nadia Turner - You Don't Have To Say You Love Me.mp3 (2,783,233 bytes)
FileName: American Idol Season 4 - The Showstoppers - 08 - Jessica Sierra - Total Eclipse Of The Heart.mp3 (4,371,478 bytes)
FileName: Anastacia - Left Outside Alone (MASH Remix).mp3 (9,529,304 bytes)
FileName: ANASTASIA LEFT OUTSIDE ALONE (Remix).mp3 (6,636,756 bytes)
FileName: Anastasia - Anastacia (Techno Trance Mix).mp3 (3,438,592 bytes)
FileName: Anastasia - I'm Outta Love.mp3 (3,634,200 bytes)
FileName: Anastasia - One Day In Your Life.mp3 (3,332,850 bytes)
FileName: Anna Nalick- Breathe (2 AM).mp3 (6,125,819 bytes)
FileName: Anthony Federov - If You Don't Know Me By Now.mp3 (2,551,475 bytes)
FileName: Apollo 440 - Stop the Rock.mp3 (5,175,424 bytes)
FileName: Ashlee Simpson - LaLa Remix.wma (6,128,589 bytes)
FileName: Avril Lavigne - Dont Tell Me.mp3 (3,221,504 bytes)
FileName: Back street boys - Incomplete.mp3 (3,539,712 bytes)
FileName: Beastie Boys - Sure Shot.mp3 (4,796,416 bytes)
FileName: Beastie Boys-So What 'cha Want.mp3 (3,477,448 bytes)
FileName: Bette Midler - From A Distance.mp3 (4,459,345 bytes)
FileName: Billy Vera & the Beaters - (What Did You Think I Would Do) At This Moment.MP3 (4,127,561 bytes)
FileName: Black Eyed Peas - 04 - Don't Lie.mp3 (5,622,401 bytes)
FileName: Black Eyed Peas - Don't Phunk With My Heart.mp3 (5,810,137 bytes)
FileName: Black Eyed Peas - Monkey Business - 06 - Like That (Feat Cee-Lo John Legend Talib Kweli And Q-Tip).mp3 (6,910,847 bytes)
FileName: black eyed peas - monkey business - gone going (feat jack johnson).mp3 (5,262,290 bytes)
FileName: Black Eyed Peas - Pump It(1).mp3 (3,990,568 bytes)
FileName: Black Eyed Peas - Pump It.mp3 (3,990,568 bytes)
FileName: Black Eyed Peas -Monkey Business - 11 - Disco Club.mp3 (6,249,423 bytes)
FileName: Blink 182 - Josie.mp3 (3,190,910 bytes)
FileName: Blink182 - Always.mp3 (6,060,503 bytes)
FileName: Block Party - Banquet.mp3 (4,782,208 bytes)
FileName: Bon Jovi - Bad Medicine.mp3 (5,067,047 bytes)
FileName: Bon Jovi - It's My Life (Dance Remix).MP3 (2,229,480 bytes)
FileName: BonJovie You Give Love a Bad Name.mp3 (3,600,299 bytes)
FileName: Breaking Benjamins - Sooner Or Later.mp3 (6,366,117 bytes)
FileName: Britney Spears - Someday I Will Understand (full song, high quality).mp3 (3,459,911 bytes)
FileName: Britney Spears - Do Something (DJ Uppi Dance Remix - Kevin McGrath Remastered Version).mp3 (8,194,134 bytes)
FileName: Britney Spears - Do something (Remix).mp3 (6,976,896 bytes)
FileName: Britney Spears - Greatest Hits - My Prerogative - 20 - Chris Cox Megamix.mp3 (4,923,186 bytes)
FileName: britney spears - my prerogative (perogative) (extended club mix).mp3 (7,173,191 bytes)
FileName: Britney Spears - Toxic (Music Video).mpg (37,242,100 bytes)
FileName: Brooke valentine ft. Big Boi & Lil Jon - Girlfight.mp3 (3,939,501 bytes)
FileName: Buffy The Vampire Slayer - Unaired Pilot.avi (61,835,264 bytes)
FileName: Carrie Underwood - Inside Your Heaven .mp3 (4,080,579 bytes)
FileName: Carrie Underwood_Angels Brought Me Here.mp3 (3,072,274 bytes)
FileName: Cassidy Feat. Mary J. Blige - I'm A Hustler (Remix).mp3 (8,981,760 bytes)
FileName: Cassidy_ft_Jay_Z_Im_A_Hustla.mp3 (3,313,128 bytes)
FileName: Celine Dion - I Drove All Night (Dance Mix).mp3 (8,928,549 bytes)
FileName: Celine Dion - I Surrender.mp3 (2,874,559 bytes)
FileName: Celine Dion - Misled.mp3 (2,557,354 bytes)
FileName: Cheap Trick - I Want You to Want Me.mp3 (3,608,495 bytes)
FileName: Ciara ft Missy Elliott - 1,2 Step (Remix).mp3 (5,826,437 bytes)
FileName: Cindy Lauper - Time After Time.mp3 (3,385,618 bytes)

FileName: Clay Aiken - Solitaire.mp3 (13,077,644 bytes)
FileName: Coldplay - Fix You.MP3 (6,492,190 bytes)
FileName: Coldplay - Speed Of Sound (Album Version).mp3 (6,950,079 bytes)
FileName: Coldplay - Swallowed In The Sea.mp3 (6,152,204 bytes)
FileName: Coldplay - X&Y - 05 - Talk.mp3 (5,702,221 bytes)
FileName: Confessions Of A Teenage Drama Queen - 04 - Simple Plan - Perfect (Acoustic Virsion).mp3 (5,968,050 bytes)
FileName: Copy of Mariah Carey - The Emancipation of Mimi - 03 - Shake It Off.mp3 (5,729,594 bytes)
FileName: Cranberries - Zombie (Techno Remix).mp3 (5,140,867 bytes)
FileName: Daddy_Yankee_GASOLINA_ft_Lil_Jon_Pitbull.mp3 (5,814,555 bytes)
FileName: dance mix 95- Nikki French - Total Eclipse Of The Heart.mp3 (3,543,040 bytes)
FileName: Dashboard Confessional - Hands Down (New Version).mp3 (4,466,784 bytes)
FileName: Dashboard Confessional - Vindicated.mp3 (4,804,067 bytes)
FileName: Destiny's Child - Girl.mp3 (3,590,355 bytes)
FileName: Destiny's Child Ft 112 - All Cried Out .mp3 (4,405,248 bytes)
FileName: Destiny's child- Lose My Breath (1).mpeg (34,447,364 bytes)
FileName: Dexter Freebish - Leaving Town.mp3 (5,637,249 bytes)
FileName: DHT - listen to your heart (slow).mp3 (6,503,182 bytes)
FileName: DHT - Listen To Your Heart (Techno).mp3 (3,368,377 bytes)
FileName: DJ Assy Essence - Somebody Told Me (Dance Remix).mp3 (5,992,742 bytes)
FileName: Donna Summers - I Will survive (techno remix).mp3 (3,767,852 bytes)
FileName: Donna Summers - Last Dance.mp3 (5,650,476 bytes)
FileName: Edwin Star - War.mp3 (3,221,090 bytes)
FileName: Emma Bunton - Free Me (Remix).mp3 (10,989,375 bytes)
FileName: Emma Bunton - Maybe (Almighty Club Mix).mp3 (10,065,630 bytes)
FileName: Emma Bunton - Maybe .mp3 (5,416,075 bytes)
FileName: Emo - Saves The Day - Hold (acoustic).mp3 (2,279,552 bytes)
FileName: EuroTrip Soundtrack - Scotty Doesn't Know.MP3 (2,291,860 bytes)
FileName: Evanescence - My Immortal (Rock Version).mp3 (4,414,869 bytes)
FileName: Fallout Boy - Sugar We're Goin' Down.mp3 (6,249,637 bytes)
FileName: Fefe Dobson - Don't Let It Go To Your Head.mp3 (4,656,632 bytes)
FileName: Fefe Dobson - Everything.mp3 (6,049,600 bytes)
FileName: Finger Eleven - 11 - One Thing.mp3 (6,713,344 bytes)
FileName: Fiona Apple - Across the Universe.mp3 (4,917,632 bytes)
FileName: Fisher - I Will Love You.mp3 (3,688,514 bytes)
FileName: Five for Fighting - 100 Years.mp3 (6,031,664 bytes)
FileName: Foo Fighters - Best of You.mp3 (4,065,951 bytes)
FileName: Footloose- Let's Hear It For the Boys.mp3 (3,340,288 bytes)
FileName: Franz Ferdinand - 07 - This fire.mp3 (6,110,331 bytes)
FileName: Franz Ferdinand- Take Me Out.mp3 (5,687,155 bytes)
FileName: Funkymix 86 - Gwen Stefani - Holla Back Girl (Remix).mp3 (6,262,794 bytes)
FileName: Gavin DeGraw - 08 - I Don't Want to Be (One Tree Hill and Album version - I Don't Wanna Be).mp3 (5,340,098 bytes)
FileName: Gavin McGraw - Chariot.mp3 (3,895,131 bytes)
FileName: Gilmore Girls Soundtrack - Carole King - Where You Lead (Theme Song).mp3 (3,194,376 bytes)
FileName: Gloria Gaynor - I Will Survive.mp3 (3,131,018 bytes)
FileName: Goo Goo Dolls - Give A Little Bit.mp3 (8,634,972 bytes)
FileName: goo goo dolls - Im Still Here.mp3 (3,970,657 bytes)
FileName: Gorillaz - Fell Good Inc.mp3 (3,574,234 bytes)
FileName: green day - green day - american idiot.mp3 (4,272,586 bytes)
FileName: Green Day - Holiday.mp3 (5,585,525 bytes)
FileName: Green Day - Jesus of Suburbia- Jesus of Suburbia-City of the Damned-I Don't Care-De.mp3 (8,755,225 bytes)
FileName: Green Day - Nice Guys Finish Last.mp3 (2,687,104 bytes)
FileName: Gwen Stafani - Bubble Pop Electric.mp3 (5,332,366 bytes)
FileName: Gwen Stefani - Crash.mp3 (4,938,232 bytes)
FileName: Gwen Stefani - Holla Back Girl (Funkymix).mp3 (6,257,711 bytes)
FileName: Gwen Stefani - Hollaback Girl (Clean).mp3 (4,760,641 bytes)
FileName: Gwen Stefani - Hollaback Girl (Remix).mp3 (12,410,088 bytes)
FileName: Gwen Stefani - Love, Angel, Music, Baby (10) Serious.mp3 (5,770,493 bytes)

FileName: Gwen Stefani - Love, Angel, Music, Baby (11) Danger Zone.mp3 (4,356,297 bytes)
FileName: Gwen Stefani - Love, Angel, Music, Baby (12) Long Way To Go (Ft. Andre 3000).mp3 (5,486,281 bytes)
FileName: Gwen Stefani - Love, Angel, Music, Baby - 04 - Cool.mp3 (3,791,457 bytes)
FileName: Gwen Stefani - Love, Angel, Music, Baby - 09 - The Real Thing.mp3 (5,045,334 bytes)
FileName: Gwen Stefani - Love, Angel, Music, Baby - Harajuku Girls.mp3 (7,002,121 bytes)
FileName: Gwen Stefani - What You Waiting For.mp3 (5,349,429 bytes)
FileName: Gwen Stefani Ft. Missy Ludacris - What Are You Waiting For (Missy Elliott Remix).mp3 (4,087,685 bytes)
FileName: Gwen Stefani-Eve- Rich Girl.mp3 (5,681,930 bytes)
FileName: Gwen Stefani-Holla Back Girl.mp3 (4,803,440 bytes)
FileName: gwen steffani - Luxurious.mp3 (7,495,808 bytes)
FileName: Hawthorne Heights - Ohio Is For Lovers.mp3 (3,915,790 bytes)
FileName: Hawthorne Heights - Silver Bullet.mp3 (3,536,896 bytes)
FileName: Hawthorne Heights - Speeding Up The Octaves.mp3 (3,803,054 bytes)
FileName: Hawthorne Heights - Until Her Heart Stops.mp3 (2,784,666 bytes)
FileName: Hilary Duff - Wake up .mp3 (4,364,060 bytes)
FileName: Howie Day - Collide(1).mp3 (4,983,727 bytes)
FileName: I Don't Like The Drug But The Drugs Like Me.mp3 (6,066,176 bytes)
FileName: I Hate Myself For Loving You.mp3 (3,970,254 bytes)
FileName: Jack Johnson - Sitting, Waiting, Wishing.mp3 (2,860,557 bytes)
FileName: jackson five - ABC , 123.mp3 (2,809,856 bytes)
FileName: Jamiroquai - Virtual Insanity.mp3 (3,609,870 bytes)
FileName: Janet Jackson - Megamix 2004 (Chris Cox Club Mix).mp3 (16,396,792 bytes)
FileName: Jesse McCartney - Beautiful Soul.mp3 (3,785,003 bytes)
FileName: Jessica Simpson - In This Skin - With You.mp3 (4,626,643 bytes)
FileName: Jessica Simpson - These Boots (Are Made For Walkin').mp3 (3,839,877 bytes)
FileName: Joan Jett - Rock n Roll.mp3 (2,798,322 bytes)
FileName: Joss Stone - Fell In Love With A Boy.mp3 (8,710,570 bytes)
FileName: Joss Stone - Mind Body & Soul - 05 Dont Cha Wanna Ride.mp3 (4,941,100 bytes)
FileName: Joss Stone - Some Kind Of Wonderful.mp3 (5,671,108 bytes)
FileName: Joss Stone ~ You Had Me.mp3 (5,799,018 bytes)
FileName: Karate Kid Soundtrack - You're The Best Around.mp3 (2,867,670 bytes)
FileName: Keane - Somewhere Only We Know.mp3 (6,437,484 bytes)
FileName: kelly clarkson - angel (full demo).mp3 (4,259,840 bytes)
FileName: Kelly Clarkson - Beautiful Disaster( Paino version).mp3 (4,366,463 bytes)
FileName: Kelly Clarkson - Beautiful Disaster.mp3 (7,600,416 bytes)
FileName: Kelly Clarkson - Because of You (Acoustic).mp3 (4,966,903 bytes)
FileName: Kelly Clarkson - Behind These Hazel Eyes (acoustic).mp3 (4,707,520 bytes)
FileName: Kelly Clarkson - Breakaway (Remix).mp3 (3,781,321 bytes)
FileName: Kelly Clarkson - breakaway - 03 - Behind These Hazel Eyes.mp3 (3,830,655 bytes)
FileName: Kelly Clarkson - Breakaway - 05 - Gone.mp3 (3,324,074 bytes)
FileName: Kelly Clarkson - Breakaway - 06 - Addicted.mp3 (6,802,217 bytes)
FileName: Kelly Clarkson - Breakaway - 07 - Where Is Your Heart.mp3 (7,328,425 bytes)
FileName: Kelly Clarkson - Breakaway - 08 - Walk Away.mp3 (5,427,145 bytes)
FileName: Kelly Clarkson - Breakaway - 09 - You Found Me.mp3 (6,559,179 bytes)
FileName: Kelly Clarkson - Breakaway - 10 - I Hate Myself For Losing You.mp3 (5,625,093 bytes)
FileName: Kelly Clarkson - Breakaway - 11 - Hear Me.mp3 (6,726,363 bytes)
FileName: Kelly Clarkson - Breakaway - 4 - Because Of You.mp3 (5,892,702 bytes)
FileName: Kelly Clarkson - Breakaway Full.mp3 (5,789,982 bytes)
FileName: Kelly Clarkson - Breakaway(acoustic).mp3 (5,978,576 bytes)
FileName: Kelly Clarkson - Cryin.mp3 (3,910,678 bytes)
FileName: Kelly Clarkson - Does He Love You (Reba duet).mp3 (3,829,386 bytes)
FileName: Kelly Clarkson - Don't (Strings & Percussion Mix).mp3 (3,052,860 bytes)
FileName: Kelly Clarkson - Don't.mp3 (3,815,593 bytes)
FileName: Kelly Clarkson - Since U Been Gone [OranGeFuZzZ Club Mix].mp3 (10,887,714

bytes)
FileName: Kelly Clarkson - Since You've Been Gone (Club Remix).mp3 (8,178,252 bytes)
FileName: Kelly Clarkson - Since You've Been Gone (remix).mp3 (4,695,110 bytes)
FileName: Kelly Clarkson - Since Youve Been Gone Acoustic.mp3 (3,980,583 bytes)
FileName: Kelly Clarkson - Since Youve Been Gone.mp3 (4,014,129 bytes)
FileName: Kelly Clarkson - The Trouble With Love Is (Bermudez & Bertoldo Delinquent Cupid Mix) .mp3 (14,564,427 bytes)
FileName: Kelly Clarkson- Behind These Hazel Eyes (Mynt Remix).mp3 (4,562,861 bytes)
FileName: Kelly Clarkson- Behind These Hazel Eyes (Remix).mp3 (3,907,440 bytes)
FileName: Kelly Osbourne - One Word (Mike Rizzo Club Mix).mp3 (12,351,575 bytes)
FileName: Kenny Loggins - Footloose.mp3 (3,678,921 bytes)
FileName: Kim Richey - Rise - 02 - A Place Called Home.mp3 (4,746,013 bytes)
FileName: Kylie Minogue - Can't Get You outta my head.mp3 (5,525,046 bytes)
FileName: Kylie Minogue - Please Stay(Extended Dance Mix).mp3 (6,164,608 bytes)
FileName: Kylie Minogue - Slow (Chemical Brothers Remix).mp3 (10,173,261 bytes)
FileName: Kylie Minoque - Slow.mp3 (4,633,372 bytes)
FileName: Lauren Hill & Nas - If I Ruled the World.mp3 (3,951,159 bytes)
FileName: Lifehouse - Hanging by a Moment (Acoustic).mp3 (3,254,272 bytes)
FileName: Lifehouse- You and Me.wma (3,190,777 bytes)
FileName: Lisa Loeb - Stay.mp3 (2,944,019 bytes)
FileName: Liz Phair - Why Cant I.mp3 (6,672,345 bytes)
FileName: Love At First Sight.mp3 (4,792,868 bytes)
FileName: Madonna - Hey Mr. DJ (club remix).mp3 (5,397,611 bytes)
FileName: madonna - hollywood (calderone remix).mp3 (3,255,870 bytes)
FileName: Madonna vs DJ M bbe - Techno - Like A Prayer Dance Remix 2002.mp3 (4,746,787 bytes)
FileName: Mandy Moore - Have A Little Faith In Me.mp3 (5,867,982 bytes)
FileName: Mandy Moore - I'll Always Remember.mp3 (3,618,735 bytes)
FileName: Mariah Carey - 06 - Stay The Night.mp3 (5,351,552 bytes)
FileName: Mariah Carey - 15 - Sprung (Bonus Track) .mp3 (4,948,032 bytes)
FileName: Mariah Carey - Hero.mp3 (4,146,993 bytes)
FileName: Mariah Carey - It's Like That (brand new song!! Cd quality).mp3 (4,930,081 bytes)
FileName: Mariah Carey - It's Like That (David Morales Club Mix 2005).mp3 (4,018,095 bytes)
FileName: Mariah Carey - Its Like That (David Morales Club Mix).mp3 (8,037,712 bytes)
FileName: Mariah Carey - Open Arms.mp3 (3,369,088 bytes)
FileName: Mariah Carey - The Emancipation Of Mimi - 01 - It's Like That (BenG Strictly For The Club Remix).mp3 (6,850,560 bytes)
FileName: Mariah Carey - The Emancipation of Mimi - 04 - Mine Again.mp3 (5,229,960 bytes)
FileName: Mariah Carey - The Emancipation Of Mimi - 05 - Say Something ft. Snoop Dogg (No Dj).mp3 (2,994,721 bytes)
FileName: Mariah Carey - The Emancipation Of Mimi - 06 - Stay The Night.mp3 (6,041,779 bytes)
FileName: Mariah Carey - The Emancipation Of Mimi - 07 - Get Your Number.mp3 (4,808,887 bytes)
FileName: Mariah Carey - The Emancipation of Mimi - 08 - One And Only (feat twista).mp3 (4,949,330 bytes)
FileName: Mariah Carey - The Emancipation of Mimi - 12 To The Floor [Feat. Nelly & Pharrell].mp3 (5,005,440 bytes)
FileName: Mariah Carey - The Emancipation Of Mimi - 13 - Joyride(1).mp3 (5,535,721 bytes)
FileName: Mariah Carey - We Belong Together (AydinK Remix).mp3 (5,569,898 bytes)
FileName: mariah carey - without you.mp3 (3,416,914 bytes)
FileName: Mariah Carey feat. Jay-Z - Heartbreaker.mpg (60,233,731 bytes)
FileName: Mariah Carey Ft. Styles P.& Jadakiss - We Belong Together (remix).mp3 (6,119,385 bytes)
FileName: Mariah Carey- We Belong Together.mp3 (4,020,289 bytes)
FileName: Mariah ft Bone, Da Brat-We Belong Together Remix.mp3 (4,414,612 bytes)
FileName: mariah_carey-i_wish_you_knew.mp3 (5,014,117 bytes)
FileName: Mariah_Carey_ft_Fat_Joe_Its_Like_That_Remix.mp3 (5,146,836 bytes)

Simpson, Michael-UserLog(Compressed)-86914491.txt
FileName: Maroon 5 - Harder To Breathe.mp3 (4,195,535 bytes)
FileName: Maroon 5 - She Will Be Loved (Acoustic).mp3 (4,444,655 bytes)
FileName: Maroon 5 - This Love.mp3 (4,270,751 bytes)
FileName: Maroon 5-Sunday Morning.mp3 (6,366,034 bytes)
FileName: Mazzy Star - Wild Horses.mp3 (4,570,352 bytes)
FileName: Me First and the Gimmie Gimmies - Time After Time.MP3 (1,573,895 bytes)
FileName: Michael buble - IT'S TIME - 01 - Feeling Good..mp3 (3,800,128 bytes)
FileName: michelle branch - all you wanted (acoustic)dpm.mp3 (2,678,430 bytes)
FileName: Michelle Branch - Breathe.mp3 (8,560,896 bytes)
FileName: michelle branch - Goodbye To You (Buffy).mp3 (5,353,264 bytes)
FileName: Missy Elliot ft. Ciara Lose Control [airricks ext remix].mp3 (7,574,431 bytes)
FileName: Missy Elliot-Lose Control (Video).asf (14,335,127 bytes)
FileName: Missy Elliott - Lose Control (CrossFader Remix).mp3 (22,617,905 bytes)
FileName: Missy Elliott ft Ciara, Fatman Scoop - Lose Control (Remix by DJ Igal).mp3 (5,511,176 bytes)
FileName: Missy Elliott ft. Ciara & Fatman Scoop - Lose Control.mp3 (5,515,016 bytes)
FileName: Misteeq - Scandalous.mp3 (3,873,272 bytes)
FileName: Moulin Rouge Soundtrack - Come What May.mp3 (6,923,924 bytes)
FileName: Movie Quotes - Napolean Dynamite - Ugh.wav (112,692 bytes)
FileName: Music From The OC Mix 1 - California - Phantom Planet.mp3 (4,660,931 bytes)
FileName: Music Video - Gwen Stefani - Hollaback Girl.mpg (48,032,432 bytes)
FileName: My Chemical Romance - I'm Not Okay (I Promise).mp3 (4,528,842 bytes)
FileName: My Chemical Romance- Helena.mp3 (4,877,512 bytes)
FileName: MY PREROGATIVE-chris cox megamix-britney spears-gsm.mp3 (3,200,580 bytes)
FileName: NADA SURF - If You Leave(1)(1).mp3 (7,318,123 bytes)
FileName: Napolean Dynamite Dance song.wma (8,000,068 bytes)
FileName: Natasha Beddingfield - These Words.mp3 (5,749,295 bytes)
FileName: Natasha Bedingfield - These Words (Bimbo Jones Remix)(1).mp3 (10,099,240 bytes)
FileName: Natasha Bedingfield - These Words (Lenny B Mix)(www.djwitek.prv.pl).mp3 (6,529,820 bytes)
FileName: new radicals - someday we'll know.mp3 (2,615,737 bytes)
FileName: No Doubt - Its My Life (Club Mix).mp3 (10,225,834 bytes)
FileName: Papa Roach - Scars.mp3 (5,506,653 bytes)
FileName: Paula Abdul - Cold Hearted Snake.mp3 (3,698,846 bytes)
FileName: Phantom Of The Opera - (Techno Dance Mix).mp3 (3,957,760 bytes)
FileName: Pink - Get This Party Started (Sweet Dreams Remix) feat. Redman .mp3 (5,892,016 bytes)
FileName: Pink - You Make Me Sick.mp3 (3,996,193 bytes)
FileName: PussyCat Dolls - Dont_Cha.mp3 (4,161,682 bytes)
FileName: pussycat dolls - tainted love.mp3 (2,805,270 bytes)
FileName: Queen - Mr. Farenheit.mp3 (3,388,779 bytes)
FileName: Queer as Folk S5 E08.avi (366,917,632 bytes)
FileName: Queer as Folk S5 E13.wmv (68,770,124 bytes)
FileName: Queer as Folk USA - Give me tonight (Dance Mix).mp3 (10,053,632 bytes)
FileName: Rev Run - Mind On The Road.mp3 (3,806,998 bytes)
FileName: Rickie Lee Jones - Someone To Watch Over Me (Gilmore Girls Soundtrack).mp3 (4,926,636 bytes)
FileName: Rihanna - Pon De Replay.mp3 (3,987,825 bytes)
FileName: Rob Thomas - Lonely No More(Jason Nevins Remix).mp3 (8,277,010 bytes)
FileName: Rob Thomas - Lonely No More.mp3 (3,636,289 bytes)
FileName: rob thomas - Time After Time (acoustic).mp3 (4,731,760 bytes)
FileName: Rob Thomas-Lonely No More (Jason Nevins Roc Da Club Mix).mp3 (16,028,605 bytes)
FileName: Romantics - What I Like About You.mp3 (2,848,478 bytes)
FileName: Saves The Day - I melt with you.mp3 (2,833,328 bytes)
FileName: Scandal - Good Bye To You.MP3 (3,651,795 bytes)
FileName: Shania Twain - Man! I Feel Like A Woman!.mp3 (3,722,618 bytes)
FileName: Simple Plan - Addicted.mp3 (5,572,593 bytes)
FileName: Simple Plan - I'll Meet You There.mp3 (5,086,085 bytes)

FileName: Simple Plan - Perfect (acoustic).mp3 (5,906,852 bytes)
FileName: Simple Plan - Perfect - videopimp.mpg (47,888,900 bytes)
FileName: simple plan - still not getting any - untitled399.mp3 (5,771,101 bytes)
FileName: simple plan - welcome to my life.mpeg (37,362,948 bytes)
FileName: Sophie B Hawkins - Damn I Wish Was Your Lover.mp3 (4,532,644 bytes)
FileName: Sophie B. Hawkins - As I Lay Me Down.mp3 (3,986,957 bytes)
FileName: Spice Girls - Wannabe.mpg (35,585,233 bytes)
FileName: Sting - Desert Rose (techno remix).mp3 (8,959,041 bytes)
FileName: Sum 41 - Pieces.mp3 (4,367,934 bytes)
FileName: Switchfoot - 01 - I Dare You To Move.mp3 (4,952,667 bytes)
FileName: Taking Back Sunday - Cute Without The E (acoustic)(1).mp3 (6,395,466 bytes)
FileName: The All-American Rejects - My Paper Heart.mp3 (3,646,259 bytes)
FileName: The Beatles -John Lennon - Stand by me.mp3 (8,181,935 bytes)
FileName: The Calling - our lives.mp3 (4,356,809 bytes)
FileName: The Calling - Wherever You Will Go .mp3 (3,332,224 bytes)
FileName: The Get Up Kids - Mass Pike.mp3 (3,590,731 bytes)
FileName: The Killers - all these things that ive done.mp3 (8,230,408 bytes)
FileName: The Killers - Mr. Brightside (remix).mp3 (5,383,280 bytes)
FileName: The Killers - Mr. Brightside(1).mp3 (5,472,384 bytes)
FileName: The Killers - Mr.Brightside (Thin White Duke Remix).mp3 (14,956,951 bytes)
FileName: The Killers - Somebody Told Me (Josh Harris Club Remix).mp3 (4,614,299 bytes)
FileName: The Killers - Somebody Told Me.mp3 (6,841,462 bytes)
FileName: The Killers-Mr. Brightside somebody told me (inside remix).mp3 (4,833,324 bytes)
FileName: The Pixies - Where Is My Mind.mp3 (3,629,196 bytes)
FileName: The Pussycat Dolls - Don't Cha (Ralphi Rosario's Hot Freak Mix).mp3 (13,687,790 bytes)
FileName: The Starting Line - Best Of Me.wma (2,115,485 bytes)
FileName: The Used - In Love and Death - 04 - all that ive got.mp3 (5,411,850 bytes)
FileName: The Vines - Ride.mp3 (4,178,656 bytes)
FileName: The White Stripes - Blue Orchid.mp3 (3,775,886 bytes)
FileName: Three Dog Night - Joy To The World.mp3 (3,449,921 bytes)
FileName: To Be With You.mp3 (3,291,264 bytes)
FileName: Travis - Singles - 05 - Re-Offender.mp3 (5,444,108 bytes)
FileName: Trouble With Love Is.mpg (12,950,167 bytes)
FileName: Unwritten Law - Save Me.mp3 (5,068,635 bytes)
FileName: Usher & Britney Spears- Yeah (Toxic rmx).mp3 (5,420,511 bytes)
FileName: Usher ft. Lil Jon & Ludacris - Yeah.mp3 (5,997,157 bytes)
FileName: Vanessa Carlton - In Love With You.MP3 (3,703,999 bytes)
FileName: Vanessa Carlton - White Houses.mp3 (5,796,479 bytes)
FileName: Velvet_Revolver_-_Come_On,_Come_In.mp3 (7,383,795 bytes)
FileName: Vertical Horizon - Everything You Want (Crystal Method Remix).mp3 (5,236,686 bytes)
FileName: Vertical Horizon - Everything You Want.mp3 (4,115,307 bytes)
FileName: Violent Femmes - Blister in the Sun.mp3 (2,315,956 bytes)
FileName: Weezer - Beverly Hills.mp3 (6,152,404 bytes)
FileName: Whitney Houston - How Will I Know(1).mp3 (4,421,634 bytes)
FileName: Whitney Houston - I wanna dance with somebody(good).mp3 (9,374,869 bytes)
FileName: Whitney Houston - I Will Always Love You.mp3 (4,370,685 bytes)
FileName: Whitney Houston - Its Not Right But Its Okay (remix).mp3 (4,145,280 bytes)
FileName: Whitney Houston - My Love Is Your Love (Dance Remix).mp3 (6,602,880 bytes)
FileName: Whitney Houston - Try It On My Own (remix).mp3 (6,869,204 bytes)
FileName: Whitney Houston_I'm your baby tonight (Dance mix).mp3 (4,882,181 bytes)
FileName: Wilson Pickett - Mustang Sally.mp3 (3,001,742 bytes)
FileName: Yellowcard - Firewater (Acoustic).mp3 (4,854,273 bytes)
FileName: yellowcard - ocean avenue (video).mpeg (34,945,492 bytes)
FileName: Yellowcard - Rough Draft (Acoustic).mp3 (4,069,295 bytes)
FileName: Yellowcard - Way Away.mpg (37,102,660 bytes)
FileName: 01 - Square One.mp3 (6,901,177 bytes)
FileName: 02 - What If.mp3 (7,137,533 bytes)
FileName: 03 - White Shadows.mp3 (7,886,853 bytes)

FileName: 04 - Fix You.mp3 (6,143,835 bytes)
FileName: 05 - Talk.mp3 (6,837,062 bytes)
FileName: 06 - Coldplay - X&Y - 06 - X&Y.mp3 (9,483,039 bytes)
FileName: 07 - Speed Of Sound.mp3 (6,950,833 bytes)
FileName: 08 - A Message.mp3 (6,848,015 bytes)
FileName: 09 - Low.mp3 (7,962,712 bytes)
FileName: 10 - Coldplay - X & Y - The Hardest Part - Complete (0).mp3 (4,890,712 bytes)
FileName: 12 - Twisted Logic.mp3 (7,253,517 bytes)
FileName: 13 - Til Kingdom Come (Bonus Track).mp3 (6,067,975 bytes)
FileName: 01 You and Me.m4a (3,121,624 bytes)
FileName: 01 - Clarity.mp3 (6,538,012 bytes)
FileName: 02 - Bigger Than My Body.mp3 (6,402,134 bytes)
FileName: 03 - Something's Missing.mp3 (7,342,670 bytes)
FileName: 04 - New Deep.mp3 (5,983,467 bytes)
FileName: 05 - Come Back To Bed.mp3 (7,815,254 bytes)
FileName: 06 - Home Life.mp3 (6,090,046 bytes)
FileName: 07 - Split Screen Sadness.mp3 (7,360,851 bytes)
FileName: 08 - Daughters.mp3 (5,751,371 bytes)
FileName: 09 - Only Heart.mp3 (5,528,309 bytes)
FileName: 10 - Wheel.mp3 (8,042,960 bytes)
FileName: 01 - Madonna - Holiday.mp3 (5,903,090 bytes)
FileName: 02 - Madonna - Lucky Star.mp3 (5,229,758 bytes)
FileName: 03 - Madonna - Borderline.mp3 (5,768,926 bytes)
FileName: 04 - Madonna - Like a Virgin.mp3 (4,590,113 bytes)
FileName: 05 - Madonna - Material Girl.mp3 (5,608,429 bytes)
FileName: 06 - Madonna - Crazy for You.mp3 (5,421,601 bytes)
FileName: 07 - Madonna - Into the Groove.mp3 (6,000,893 bytes)
FileName: 08 - Madonna - Live to Tell.mp3 (7,659,146 bytes)
FileName: 09 - Madonna - Papa Don't Preach.mp3 (5,996,504 bytes)
FileName: 10 - Madonna - Open Your Heart.mp3 (5,555,139 bytes)
FileName: 11 - Madonna - La Isla Bonita.mp3 (5,479,280 bytes)
FileName: 12 - Madonna - Like a Prayer.mp3 (8,444,073 bytes)
FileName: 13 - Madonna - Express Yourself.mp3 (5,867,355 bytes)
FileName: 14 - Madonna - Cherish.mp3 (5,590,875 bytes)
FileName: 15 - Madonna - Vogue.mp3 (7,659,146 bytes)
FileName: 16 - Madonna - Justify My Love.mp3 (7,225,137 bytes)
FileName: 17 - Madonna - Rescue Me.mp3 (7,980,139 bytes)
FileName: 01 - this is how a heart breaks - rob thomas.mp3 (5,550,751 bytes)
FileName: 02 - lonely no more - rob thomas.mp3 (5,461,726 bytes)
FileName: 03 - ever the same - rob thomas.mp3 (6,165,778 bytes)
FileName: 04 - i am an illusion - rob thomas.mp3 (7,044,119 bytes)
FileName: 05 - when the heartache ends - rob thomas.mp3 (4,132,615 bytes)
FileName: 06 - something to be - rob thomas.mp3 (6,522,506 bytes)
FileName: 07 - all that i am - rob thomas.mp3 (6,455,424 bytes)
FileName: 08 - problem girl - rob thomas.mp3 (5,666,735 bytes)
FileName: 09 - fallin' to pieces - rob thomas.mp3 (6,049,794 bytes)
FileName: 10 - my, my, my - rob thomas.mp3 (6,210,290 bytes)
FileName: 11 - streetcorner symphony - rob thomas.mp3 (5,992,116 bytes)
FileName: 12 - now comes the night - rob thomas.mp3 (7,101,797 bytes)
FileName: 01 - Track 1.mp3 (7,654,757 bytes)
FileName: 02 - Track 2.mp3 (5,496,834 bytes)
FileName: 03 - Track 3.mp3 (7,141,921 bytes)
FileName: 04 - Track 4.mp3 (7,425,758 bytes)
FileName: 05 - Track 5.mp3 (7,387,681 bytes)
FileName: 06 - Track 6.mp3 (7,873,687 bytes)
FileName: 07 - Track 7.mp3 (5,359,036 bytes)
FileName: 08 - Track 8.mp3 (7,953,935 bytes)
FileName: 09 - Track 9.mp3 (5,728,929 bytes)
FileName: 10 - Track 10.mp3 (8,439,813 bytes)
FileName: 11 - Track 11.mp3 (7,717,451 bytes)
FileName: 01 - Track 1.mp3 (3,290,010 bytes)
FileName: 02 - Track 2.mp3 (7,200,227 bytes)

FileName: 03 - Track 3.mp3 (7,657,226 bytes)
FileName: 04 - Track 4.mp3 (5,456,838 bytes)
FileName: 05 - Track 5.mp3 (6,469,344 bytes)
FileName: 06 - Track 6.mp3 (6,509,468 bytes)
FileName: 07 - Track 7.mp3 (1,114,532 bytes)
FileName: 08 - Track 8.mp3 (6,112,616 bytes)
FileName: 09 - Track 9.mp3 (5,992,244 bytes)
FileName: 10 - Track 10.mp3 (10,432,224 bytes)
FileName: iTunes Music Library.xml (248,061 bytes)
FileName: Kim English - Unspeakable Joy (Thunderpuss 2000 Club Remix).mp3 (10,461,164 bytes)
FileName: 05 I Bruise Easily.mp3 (4,066,411 bytes)
FileName: Natasha Bedingfield - Single.mp3 (5,636,475 bytes)
FileName: Natasha Bedingfield 04. Unwritten.mp3 (4,155,488 bytes)
FileName: Natasha Beddingfield - Wild Horses.mp3 (5,842,938 bytes)
FileName: Natasha Bedingfield - Silent Movie.mp3 (5,478,515 bytes)
FileName: Natasha Beddingfield - Frogs And Princes.mp3 (5,404,775 bytes)
FileName: 3. Natasha Beddingfield - Im A Bomb.mp3 (5,344,796 bytes)
FileName: Natasha Beddingfield - If You're Gonna....mp3 (33,933,252 bytes)
FileName: Natasha Beddingfield 01 - 10 Drop Me In The Middle.mp3 (6,198,713 bytes)