AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF RHODE ISLAND

**WARNER BROS. RECORDS INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; MAVERICK RECORDING COMPANY, a California joint venture; and CAPITOL RECORDS, INC., a Delaware corporation,**

V.

MICHAEL SIMPSON

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

CA 06-237T

TO:

MICHAEL SIMPSON
**8 Elmgrove Ave., Apt. 104**
**Providence, RI 02906-4143**

YOU ARE HEREBY SUMMONED and required to serve upon PLAINTIFFS' ATTORNEY

**James E. O'Neil**
**The Meadows, Suite A103**
**1130 Ten Rod Road**
**North Kingstown, RI 02852**
**Phone (401) 667-7111**
**Fax (401) 667-7112**

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

Doreen Baldinelli
(By) DEPUTY CLERK

DATE 6/28/06

AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

Service of Summons and Complaint was made by me [1] DATE: 10/27/06

NAME OF SERVER (*PRINT*) RICH ZECHIEL TITLE: PRIVATE PROCESS SERVER

*Check one box below to indicate appropriate method of service.*

☐ Served personally upon the defendant. Place where served: ______

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing there in.

Name of person with whom the summons and complaint were left: ______

☐ Returned unexecuted: ______

☒ Other (*specify*): POSTED TO THE DOOR OF THE RECIPIENTS VERIFIED ABODE

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
| --- | --- | --- |
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing Information Contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on: 11/1/06
Dated

[signature]
Signature of Server

E. Hartford, CT
Address of Server

(1) As to who may serve a summons, see Rule 4 of the Federal Rules of Civil Procedure.

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **WARNER BROS. RECORDS INC., A DELAWARE CORPORATION; ET AL.,**<br><br>Plaintiff/Petitioner<br><br>vs.<br>**MICHAEL SIMPSON**<br><br>Defendant/Respondent | Hearing Date:<br><br>CAUSE NO. **CA 06 237T**<br><br>DECLARATION OF SERVICE OF:<br>**NOTICE TO DEFENDANT; SUMMONS; CIVIL COVER SHEET; NOTICE OF RELATED ACTIONS OR PROCEEDINGS; COMPLAINT FOR COPYRIGHT INFRINGEMENT; EXHIBITS; CERTIFICATION OF INTERESTED PARTIES** |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **27th day of October, 2006, at 10:00 AM**, at the address of **17 ORCHARD Street , TERRYVILLE, Litchfield** County, **CT 06786**; this declarant served the above described documents upon **MICHAEL SIMPSON,** by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **POSTED TO RECIPIENTS USUSAL PLACE OF ABODE**.

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Declarant hereby states under penalty of perjury under the laws of the State of Connecticut that the statement above is true and correct.

DATED this **1st day of November, 2006.**

Rich Zechiel

ABC's Client Name
**Holme, Roberts & Owen**
**RIAA (PFI)**

ORIGINAL PROOF OF SERVICE

ABC Tracking #: **3859392**

IN THE
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF SOUTH DAKOTA, PROVIDENCE DIVISION

| | |
|---|---|
| **WARNER BROS. RECORDS INC., A DELAWARE CORPORATION; ET AL.,**<br><br>Plaintiff/Petitioner<br><br>vs.<br>**MICHAEL SIMPSON**<br><br>Defendant/Respondent | Hearing Date:<br><br>CAUSE NO. **CA 06 237T**<br><br>DECLARATION OF NON SERVICE:<br>**NOTICE TO DEFENDANT; SUMMONS; CIVIL COVER SHEET; NOTICE OF RELATED ACTIONS OR PROCEEDINGS; COMPLAINT FOR COPYRIGHT INFRINGEMENT; EXHIBITS; CERTIFICATION OF INTERESTED PARTIES** |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

Declarant states s(he) attempted to serve **MICHAEL SIMPSON** at the address of: **8 ELMGROVE Avenue APT. 104, PROVIDENCE, Providence County, RI ,** and was unable effect service for the following reasons:

**Cathy called- this a large apt building that's secure. Buzzers have names on them, but there isn't one on 104, other tenants believe he is a college student who left for the summer. Returned per Jana**

Declarant hereby states under penalty of perjury under the laws of the State of Massachusetts that the statement above is true and correct.

DATED this **27th day of June, 2006**.

**Katherine Moniz**

ABC's Client Name
**Holme, Roberts & Owen LLP (PFI)**

ORIGINAL PROOF OF SERVICE

ABC Tracking #: **3859392**

IN THE
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| WARNER BROS. RECORDS INC., A DELAWARE CORPORATION; ET AL.,<br>Plaintiff/Petitioner<br>vs.<br>MICHAEL SIMPSON<br>Defendant/Respondent | Hearing Date:<br>CAUSE NO. **CA 06 237T**<br>DECLARATION OF NON SERVICE:<br>**NOTICE TO DEFENDANT; SUMMONS; CIVIL COVER SHEET; NOTICE OF RELATED ACTIONS OR PROCEEDINGS; COMPLAINT FOR COPYRIGHT INFRINGEMENT; EXHIBITS; CERTIFICATION OF INTERESTED PARTIES** |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

Declarant states s(he) attempted to serve **MICHAEL SIMPSON** at the address of: **17 ORCHARD Street , TERRYVILLE, Litchfield County, CT ,** and was unable effect service for the following reasons:

**7/31/06 @ 7:40 P.M. the location of 17 Orchard Street, Terryville, CT is a single-family house. No one is home. 8/1/06 @ 6:50 A.M. there are two cars in the driveway. I knocked several minutes, no one answered the door. 8/3/06 @ 11:10 A.M. no cars are present in the driveway. No one came to the door. 8/5/06 @ 12:10 P.M. No one came to the door. 8/10/06 @ 8:20 P.M. Directory assistance does not have a listing for the Subject at this location. There are several listings under Michael Simpson. There are no cars present. No one came to the door. I left a note. 8/12/06 @ 6:55 A.M. no one came to the door. A neighbor came out and stated that Tom and Sam live here. The neighbor never heard of the Subject. My note is gone. Our office placed a forwarding request with the U.S.P.S. we will inform you of any information obtained. 8/15/06 @ 10:15 A.M. there is one vehicle in the driveway. No one came to the door. 8/19/06 @ 2:15 P.M. no one came to the door.**

Declarant hereby states under penalty of perjury under the laws of the State of Connecticut that the statement above is true and correct.

DATED this **29th day of August, 2006**.

**Rich Zechiel**

ABC's Client Name
**Holme, Roberts & Owen**
**RIAA (PFI)**

ORIGINAL PROOF OF SERVICE

ABC Tracking #: **3859392**