**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

TERRYVILLE CT 06786

| | | | |
|---|---|---|---|
| Postage | $ | $0.63 | 0852 |
| Certified Fee | | $2.40 | 09 |
| Return Receipt Fee (Endorsement Required) | | $1.85 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $4.88 | 03/09/2007 |

NORTH KINGSTOWN RI 02852 MAR 9 2007 USPS

Sent To: Michael Simpson
Street, Apt. No.; or PO Box No.: 17 Orchard Street
City, State, ZIP+4: Terryville, CT 06786

PS Form 3800, June 2002 — See Reverse for Instructions

7006 0810 0006 4252 7400

7006 0810 0006 4252 7400

CERTIFIED MAIL™

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE