**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

WARNER BROS. RECORDS INC.,
ET AL.,
Plaintiffs

vs. C.A. No. 06-237T

MICHAEL SIMPSON,
Defendants

**ORDER DENYING MOTION FOR CLERK'S ENTRY OF DEFAULT**

Plaintiffs's Motion to Enter Default is hereby DENIED for failure to comply with the F.R.C.P. 4(l). Plaintiffs may move the Court to serve the Defendant by Alternative Service.

By Order:

Deputy Clerk

ENTER:

Senior U.S. District Judge
Ernest C. Torres
date: 4/16/07