IN THE
UNITED STATES DISTRICT COURT, DISTRICT OF RHODE ISLAND

| | |
|---|---|
| WARNER BROS. ET AL.,<br><br>Plaintiff/Petitioner<br><br>vs.<br>MICHAEL SIMPSON<br><br>Defendant/Respondent | Hearing Date:<br><br>CAUSE NO: **CA 06-237T**<br><br>DECLARATION OF SERVICE OF:<br>**NOTICE TO DEFENDANT; SUMMONS; CIVIL COVER SHEET; COMPLAINT FOR COPYRIGHT INFRINGEMENT; EXHIBITS; CERTIFICATION OF INTERESTED PARTIES; NOTICE OF RELATED ACTIONS OR PROCEEDINGS; AFFIDAVIT OF JAMES E. O'NEIL, ESQ. COUNSEL FOR THE PLAINTIFFS** |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

On the **14th day of July, 2007, at 9:15 AM**, at the address of **900 HOPE Street APT. 104, PROVIDENCE, Providence** County, **RI 02906**; this declarant served the above described documents upon **MICHAEL SIMPSON**, by then and there personally delivering **1** true and correct copy(ies) thereof, by then presenting to and leaving the same with **Loren Chen, CO-RESIDENT, A male approx. 30-35 years of age 5'6"-5'8" in height weighing 140-160 lbs with brown hair**, a person of suitable age and discretion residing at the respondent's usual place of abode listed above.

No Information was provided or discovered that indicates that the subjects served are members of the U.S. military.

Declarant hereby states under penalty of perjury under the laws of the State of **Rhode Island** that the statement above is true and correct.

DATED this **16th day of July, 2007**.

Natale Lapriore

**Natale Lapriore**

ABC's Client Name
**Holme, Roberts & Owen RIAA (PFI)**

ORIGINAL PROOF OF SERVICE

ABC Tracking #: **4801044**

IN THE
UNITED STATES DISTRICT COURT, DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **WARNER BROS. ET AL.,** Plaintiff/Petitioner | Hearing Date: |
| | CAUSE NO: **CA 06-237T** |
| vs. **MICHAEL SIMPSON** Defendant/Respondent | DECLARATION OF NON SERVICE OF: **NOTICE TO DEFENDANT; SUMMONS; CIVIL COVER SHEET; COMPLAINT FOR COPYRIGHT INFRINGEMENT; EXHIBITS; CERTIFICATION OF INTERESTED PARTIES; NOTICE OF RELATED ACTIONS OR PROCEEDINGS; AFFIDAVIT OF JAMES E. O'NEIL, ESQ. COUNSEL FOR THE PLAINTIFFS** |

The undersigned hereby declares: That s(he) is now and at all times herein mentioned was a citizen of the United States, over the age of eighteen, not an officer of a plaintiff corporation, not a party to nor interested in the above entitled action, and is competent to be a witness therein.

Declarant states s(he) attempted to serve **MICHAEL SIMPSON** at the address of: **17 ORCHARD ST, TERRYVILLE, Litchfield County, CT** and was unable to effect service for the following reasons:

**6/6/2007 7:05:00 AM: the location of 17 Orchard Street, Terryville, CT is a single-family house. No one is home.**
**6/9/2007 7:20:00 AM: no answer, dark inside, quiet inside, no activity inside**
**6/16/2007 9:55:00 AM: there was no changes to this location**
**6/16/2007 12:20:00 PM: there was no changes to this location.**
**6/19/2007 3:30:00 AM: no one home. There are six phone listings for the name Michael Simpson, none show the location of 17 Orchard Street, Terryville, CT. Our office placed a postal request with the U.S.P.S. to confirm residency.**
**6/29/2007 9:00:00 AM: Postal was returned "Mail is Delivered to Address Given".**
**7/3/2007 9:00:00 PM: the house is dark, no one came to the door.**

Declarant hereby states under penalty of perjury under the laws of the State of **Rhode Island** that the statement above is true and correct.

DATED this **5th day of July, 2007**.

RICH ZECHIEL, Hartford, CT

ABC's Client Name
**Holme, Roberts & Owen RIAA (PFI)**

ORIGINAL PROOF OF SERVICE

ABC Tracking #: **4801044**