**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

WARNER BROS. RECORDS INC., VIRGIN RECORDS AMERICA, INC., UMG RECORDINGS, INC., SONY BMG MUSIC ENTERTAINMENT, ARISTA RECORDS, LLC, MAVERICK RECORDING COMPANY, and CAPITOL RECORDS, INC.,
Plaintiffs

vs. C.A. No. 06-237T

MICHAEL SIMPSON,
Defendants

# JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[X] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED:

Pursuant to a Stipulation to Judgment and Permanent Injunction entered by the Court on September 25th, 2007,judgment hereby enters for the Plaintiffs Warner Bros. Records, Inc., et al. against the Defendant Michael Simpson in the amount of $9500.00. Further, the Defendant is hereby enjoined from directly or indirectly infringing Plaintiffs' rights under federal or state law in any sound recording that is owned or controlled by the Plaintiffs pursuant to the terms set forth in the above-reference Stipulation to Judgment and Permanent Injunction.

Enter:

Deputy Clerk

Dated: September 25th, 2007