UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

| | |
|---|---|
| WARNER BROS. RECORDS INC., a Delaware corporation; VIRGIN RECORDS AMERICA, INC., a California corporation; UMG RECORDINGS, INC., a Delaware corporation; SONY BMG MUSIC ENTERTAINMENT, a Delaware general partnership; ARISTA RECORDS LLC, a Delaware limited liability company; MAVERICK RECORDING COMPANY, a California joint venture; and CAPITOL RECORDS, INC., a Delaware corporation,<br><br>Plaintiffs,<br><br>v.<br><br>Michael Simpson,<br><br>Defendant. | Civil No. 1:06-CV-00237-T-DLM<br><br>Judge Ernest Torres |

**NOTICE OF SATISFACTION OF MONETARY PORTION OF JUDGMENT**

TO THE CLERK OF THE COURT:

PLEASE TAKE NOTICE THAT:

Judgment Creditors, WARNER BROS. RECORDS INC.; VIRGIN RECORDS AMERICA, INC.; UMG RECORDINGS, INC.; SONY BMG MUSIC ENTERTAINMENT; ARISTA RECORDS LLC; MAVERICK RECORDING COMPANY; and CAPITOL RECORDS, INC. and Judgment Debtor, Michael Simpson stipulated to a judgment ("Stipulated Judgment") in favor of Plaintiffs in the above-entitled action. The Court has entered the Stipulated Judgment.

The Stipulated Judgment includes a monetary payment.

Judgment Debtor has fully satisfied the monetary portion of the Stipulated Judgment.

Respectfully submitted,

Date: March 3, 2008

By: /s/ James E. O'Neil

James E. O'Neil (RI Bar # 2097)
The Meadows, Suite A103
1130 Ten Rod Road
North Kingstown, RI 02852
Phone (401) 667-7111
Fax (401) 667-7112

Attorney for WARNER BROS. RECORDS INC.; VIRGIN RECORDS AMERICA, INC.; UMG RECORDINGS, INC.; SONY BMG MUSIC ENTERTAINMENT; ARISTA RECORDS LLC; MAVERICK RECORDING COMPANY; and CAPITOL RECORDS, INC.